STATE of Missouri, Plaintiff/Respondent,

v.

Charles Wayne GROSVENOR,
Defendant/Appellant.

No. 64952.

Missouri Court of Appeals,
Eastern District,
Division One.

June 21, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 11, 1994.

Larry G. Mittendorf, Union, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the trial court's denial of his Motion to Set Aside Sentence Imposed and Withdraw Plea of Guilty. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Ernest WILLIAMS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 64822.

Missouri Court of Appeals,
Eastern District,
Division One.

June 21, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 11, 1994.

Deborah B. Wafer, Sp. Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).